# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

DAN DEWAYNE NEWCOMB                                      PLAINTIFF

v.                                                      No. 3:16CV119-MPM-DAS

OKTIBBEHA COUNTY, ET AL.                                DEFENDANTS


**ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTIONS [89] FOR A JURY TRIAL AND [92] TO QUASH REFERENCE TO CERTAIN DOCUMENTS**

This matter comes before the court on the motion [89] by the plaintiff for a jury trial and his motion [92] to quash references to certain documents.  As the instant case has been dismissed, these motions [89], [92] are **DISMISSED** as moot.


**SO ORDERED**, this, the 16th day of April, 2018.


/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**